IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LANNY DEAN CAMPBELL,      )  |   |
|     ID # 01711835,                     )  |   |
|         Petitioner,                  )  |   |
| vs.                                               )  | No. 3:14-CV-1675-K |
|                                                       )  |   |
| LORIE DAVIS, Director,              )  |   |
| Texas Department of Criminal  )  |   |
| Justice, Correctional Institutions )  |   |
| Division,                                     )  |   |
|         Respondent.               )  |   |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** with prejudice.

SO ORDERED.

**Signed August 30th, 2016.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE